## TAYLOR v. STATE.
### No. 17737.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

D. L. Harry, of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possession of intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The prosecution and conviction was under chapter 7, title 11, Penal Code 1925 (article 666 et seq.), as amended, which is commonly known as the Dean Law. This entire chapter was expressly repealed by section 49, article 1 of a law called the Texas Liquor Control Act (Vernon's Ann. P.C. art. 666—49) passed at the 2d Called Session of the 44th Legislature (1935). The law under which conviction was obtained having been repealed, the judgment of conviction must be reversed and the prosecution ordered dismissed. See Guy Meadows v. State (Tex.Cr.App.) 88 S. W.(2d) 481, opinion of this date.

## JOHNSON v. STATE.
### No. 17764.

Court of Criminal Appeals of Texas.
Nov. 27, 1935.

Jesse Owens, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling whisky; punishment being three years in the penitentiary.

Pending appeal, the law (Pen.Code 1925, art. 666 et seq., as amended) under which conviction was had has been repealed. See Acts 44th Leg., 2d C.S., § 49, article 1 of the Liquor Control Act (Vernon's Ann. P.C. art. 666—49), and Guy Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481, opinion of this date.

The judgment is reversed and the prosecution ordered dismissed.